UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DENNIS J. DONOGHUE,

        Plaintiff,

-v.-

Y-MABS THERAPEUTICS, INC.,

        Nominal Defendant,

-and-

THOMAS GAD,

        Defendant,

21 Civ. 7182 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    The Court understands that the parties' efforts to resolve this matter without further litigation were unsuccessful. (*See* Minute Entry for May 17, 2023). The parties are hereby ORDERED to submit a joint letter on or before **June 1, 2023**, proposing a schedule for their anticipated cross-motions for summary judgment.

    SO ORDERED.

Dated: May 18, 2023
       New York, New York

                                                  KATHERINE POLK FAILLA
                                                United States District Judge