**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DENNIS J. DONOGHUE,

                Plaintiff,

   -v-

Y-MABS THERAPEUTICS, INC.,

                Nominal Defendant,

    -and-                                                                     21 **CIVIL** 7182 (KPF)

                                                                                **JUDGMENT**

THOMAS GAD,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 5, 2024, Defendant's motion for summary judgment is GRANTED and Plaintiff's motion for the same is DENIED; accordingly, the case is closed.

**Dated:** New York, New York

       August 5, 2024

                                                                         **DANIEL ORTIZ**
                                                                  **Acting Clerk of Court**
                                  **BY:**     K. Mango
                                                                    **Deputy Clerk**