## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Dennis J. Donoghue (Plaintiff)

_____
(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Y-mAbs Therapeutics Inc. (Nominal Defendant),

and Thomas Gad (Defendant)
(List the full name(s) of the defendant(s)/respondent(s).)

___21_ CV ___7182__ ( KPF )(    )

**NOTICE OF APPEAL**

Notice is hereby given that the following parties: Plaintiff Dennis J. Donoghue _____

_____
(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the   ☒ judgment   ☐ order   entered on:   August 5, 2024 _____

(date that judgment or order was entered on docket)

that:   Granted summary judgment for Defendant Thomas Gad _____

(and denied Plaintiff's motion for summary judgment) [Dkt. 124] _____

(If the appeal is from an order, provide a brief description above of the decision in the order.)

8/22/2024 _____
Dated

/s/ Miriam Tauber _____
Signature *

Tauber, Miriam _____
Name (Last, First, MI)

Miriam Tauber Law PLLC, 885 Park Ave 2A
Address                                        City

New York NY
State

10075
Zip Code

323-790-4881 _____
Telephone Number

MiriamTauberLaw@gmailcom _____
E-mail Address (if available)

### (Attorney for Plaintiff/Appellant)

* Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2).  Attach additional sheets of paper as necessary.

Rev. 12/23/13